NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SLATER THOMAS MOODY,                  )
DOC #R58049,                          )
                                      )
                Appellant,            )
                                      )
v.                                    )          Case No. 2D17-3322
                                      )
STATE OF FLORIDA,                     )
                                      )
                Appellee.             )
_____ )

Opinion filed April 18, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Pasco
County; Kim Campbell, Judge.

PER CURIAM.

Affirmed.

SILBERMAN, CRENSHAW, and BADALAMENTI, JJ., Concur.